IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) No. 13-2364 |
| **BENEFITS FIRST, LLC,** | ) |
| Garnishee, | ) |
| **SHIRLEY ANN HUCKABY,** | ) |
| Defendant. | ) |

**ORDER GRANTING APPLICATON FOR WRIT OF GARNISHMENT**

Before the Court is Plaintiff United States of America's (the "Government") May 29, 2013 Application For Writ of Garnishment on the February 26, 2004 judgment entered against Defendant Shirley Ann Huckaby. (Application, ECF No. 3.) The Government names Benefits First, LLC, 23 W. Wilson Street, Suite B, Lexington, TN 38351, as the Garnishee. The Application arises from an unsatisfied judgment entered in this cause. For good cause shown, the Government's Application is GRANTED.

So ordered this <u>4th</u> day of June, 2013.

<u>s/ Samuel H. Mays, Jr.    </u>
SAMUEL H. MAYS, JR.

                              UNITED STATES DISTRICT JUDGE